FILED

12/27/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0471

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0471

BRENDA ZASTOUPIL,

      Petitioner and Appellant.

vs.

DEPARTMENT OF LABOR AND INDUSTRY,
UNEMPLOYMENT INSURANCE APPEALS BOARD,

      Respondent and Appellee.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Upon consideration of Appellee's Motion for Extension of Time to file its response brief, and good cause appearing,

IT IS HEREBY ORDERED that the Appellee is granted an extension of time to and including February 14, 2024, to file the Appellee's Response Brief.

DATED this ___ day of _____, 2023.

_____
DISTRICT COURT JUDGE

cc:    Brenda Zastoupil
       Aleea Sharp

ORDER

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 27 2023